■ NORTH SHORE MART, Appellant, v GREAT NECK HOUSING ASSOCIATES, Respondent. — Order of the Supreme Court, Nassau County, dated July.29, 1982, affirmed, insofar as appealed from, with costs, for the reasons stated in the opinion of Justice Young at Special Term. Damiani, J. P., Gulotta, O'Connor and Rubin, JJ., concur.